COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 DAVITA EL PASO EAST, L.P. d/b/a
 DAVITA EAST DIALYSIS,
  
                                    
 Appellant,
  
 v.
  
 LUCY FREEMAN,
  
                                     Appellee.
 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
 
 
  
  
                   No. 08-12-00162-CV
  
                          Appeal from
  
 448th District
 Court
  
 of El Paso County,
 Texas
  
 (TC # 2009-4646)
 
 


 

                                                     MEMORANDUM
OPINION

 

            Pending before the Court is a joint
motion to dispose of the appeal in accordance with the parties’ agreement as
permitted by Tex.R.App.P. 42.1(a)(2).  The motion is granted.  Accordingly, we reverse the judgment of the
trial court and remand the cause for entry of an agreed dismissal with
prejudice pursuant to the terms of the parties’ settlement agreement.  Pursuant to the parties’ agreement, costs are
taxed against the party incurring same.  See Tex.R.App.P.
42.1(d).

 

July 31, 2012                                       ________________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.